DEBORAH JEWISH CONSUMPTIVE RELIEF SOCIETY, RE-
LATOR, v. THE STATE BOARD OF HEALTH OF NEW
JERSEY, DEFENDANT.

Submitted January term, 1929—Decided April 19, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the relator, *Philip J. Schotland* and *Louis A. Fast.*

For the defendant, *Grover C. Richman* and *Edward L. Katzenbach,* attorney-general.

PER CURIAM.

In this case a rule to show cause was allowed by Mr. Justice Trenchard, why a peremptory or alternative writ of *mandamus* should not be issued commanding the state board of health of New Jersey to grant the application of the relator, for a permit to erect and maintain a hospital for the care of persons afflicted with pulmonary tuberculosis, in the borough of Hopatcong, Sussex county, New Jersey. At the outset the state insists that *certiorari* and not *mandamus* is the proper remedy. This we think is so. It is not the function of a writ of *mandamus* to compel the state board of health to perform an act already completed nor to do it in a different way than already done. The writ of *mandamus* is never granted in a doubtful case. *Uszkay* v. *Dill,* 92 *N. J. L.* 327. At all events the power to issue a writ of *mandamus* is discretionary. *Jones Co.* v. *Town of Gutlenberg,* 66 *N. J. L.* 58. The application for the writ is denied.